IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CATHERINE M. CONRAD,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTIAN HENNINGSEN, et al.<br><br>  Defendants. | Civil Action No.: 1:21-cv-02951-JRR |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff Catherine M. Conrad ("Plaintiff") hereby requests that the Court enter an Order of Default against Defendants Christian Henningsen, Patricia Henningsen and Bright Eyes Sanctuary (collectively "Defendants") pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 108(2) based on Defendants' failure to plead, defend or otherwise respond to Plaintiff's Complaint. Plaintiff's Complaint, along with a summons, was filed on November 17, 2021, and was properly served upon each of the Defendants on February 3, 2021. *See* ECF No. 1-5. Consistent with the Federal Rules of Civil Procedure, Defendants were required to respond to Plaintiff's Complaint by February 24, 2021, but that date was extended until April 18, 2022, by Court Order of March 17, 2022. *See* ECF No. 9. Defendants filed two motions seeking a continuance, both of which were denied by the Court. *See* ECF Nos. 11-14, 19. An Order of Default should be entered because Defendants have failed to timely plead, defend or otherwise respond to Plaintiff's Complaint.

All three of the Defendants reside at the same location, and their last known address is: 1410 Sherman Avenue, Hagerstown, Maryland 21740.

Dated: August 22, 2022							Respectfully Submitted,


							BY:	/s/ *Glenn D. Grant*_____
								GLENN D. GRANT, ESQ.
								(Federal Bar No. 11622)
								Crowell & Moring LLP
								1001 Pennsylvania Avenue, N.W.
								Washington, D.C.  20004-2595
								ggrant@crowell.com
								Tel:  (202) 624-2852
								Fax:  (202) 628-5116

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August 2022, I caused a copy of the foregoing Plaintiff's Motion for Clerk's Entry of Default to be served by first-class U.S. mail, postage prepaid, on the following Defendants:

Christian Henningsen
1410 Sherman Avenue
Hagerstown, MD 21740

Patricia Henningsen
1410 Sherman Avenue
Hagerstown, MD 21740

Bright Eyes Sanctuary
1410 Sherman Avenue
Hagerstown, MD 21740

                                          /s/ *Glenn D. Grant*
                                          *Counsel for Plaintiff Catherine M. Conrad*