IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND, NORTHERN DIVISION

Catherine M. Conrad     *
    Plaintiff
                            *

v.
                            * Civil Case No. 21-cv-02951-RDB

Christian Henningsen
Patricia Henningsen     *
Bright Eyes Sanctuary
    Defendants        *

## ANSWER TO PLAINTIFF'S COMPLAINT

**PARTIES**

1. Admitted in part, denied in part.  It is admitted that Plaintiff Conrad is the named Plaintiff in this action.  The remainder of the paragraph is denied.  Strict proof thereof is demanded at trial.

2. Admitted.

3. Admitted.

4. Admitted in part, denied in part.  It is admitted that Defendant Bright Eyes is a nonprofit Maryland corporation.  The remainder of the paragraph is denied. Strict proof thereof is demanded at trial.

**JURISDICTION**

5. Admitted.

6. Admitted.

7. Admitted.

**FACTUAL ALLEGATIONS**

8. The allegations in this paragraph are denied. Strict proof is demanded at trial.

9. Admitted.

10. The allegations in this paragraph are denied. Strict proof is demanded at trial.

11. The allegations in this paragraph are denied. Strict proof is demanded at trial.

12. Defendants have no knowledge about the allegations in this paragraph and thus are unable to appropriately respond.

13. Admitted.

14. The allegations in this paragraph are denied. Strict proof is demanded at trial.

15. The allegations in this paragraph are denied. Strict proof is demanded at trial.

16. The allegations in this paragraph are denied. Strict proof is demanded at trial.

17. The allegations in this paragraph are denied. Strict proof is demanded at trial.

18. The allegations in this paragraph are denied. Strict proof is demanded at trial.

19. Denied. Plaintiff was provided with a copy of the independent contractor agreement and she refused to sign the agreement. Despite her refusal, Plaintiff was paid for her work.

20. The allegations in this paragraph are denied. Strict proof is demanded at trial.

21. The allegations in this paragraph are denied. Strict proof is demanded at trial.

22. The allegations in this paragraph are denied. Strict proof is demanded at trial.

23. The allegations in this paragraph are denied. Strict proof is demanded at trial.

24. The allegations in this paragraph are denied. Strict proof is demanded at trial.

25. The allegations in this paragraph are denied. Strict proof is demanded at trial.

26. The allegations in this paragraph are denied. Strict proof is demanded at trial.

27. The allegations in this paragraph are denied. Strict proof is demanded at trial.

28. The allegations in this paragraph are denied. Strict proof is demanded at trial.

29. The allegations in this paragraph are denied. Strict proof is demanded at trial.

30. The allegations in this paragraph are denied. Strict proof is demanded at trial.

31. The allegations in this paragraph are denied. Strict proof is demanded at trial

32. The allegations in this paragraph are denied. Strict proof is demanded at trial.

33. The allegations in this paragraph are denied. Strict proof is demanded at trial.

34. The allegations in this paragraph are denied. Strict proof is demanded at trial.

35. The allegations in this paragraph are denied. Strict proof is demanded at trial.

36. The allegations in this paragraph are denied. Strict proof is demanded at trial.

37. The allegations in this paragraph are denied. Strict proof is demanded at trial.

38. The allegations in this paragraph are denied. Strict proof is demanded at trial.

39. The allegations in this paragraph are denied. Strict proof is demanded at trial.

40. The allegations in this paragraph are denied. Strict proof is demanded at trial.

Further, Plaintiff never worked overtime.

41. The allegations in this paragraph are denied. Strict proof is demanded at trial.

42. The allegations in this paragraph are denied. Strict proof is demanded at trial.

43. The allegations in this paragraph are denied. Strict proof is demanded at trial.

44. The allegations in this paragraph are denied. Strict proof is demanded at trial.

45. The allegations in this paragraph are denied. Strict proof is demanded at trial.

46. The allegations in this paragraph are denied. Strict proof is demanded at trial.

47. The allegations in this paragraph are denied. Strict proof is demanded at trial.

48. The allegations in this paragraph are denied. Strict proof is demanded at trial.

49. The allegations in this paragraph are denied. Strict proof is demanded at trial.

50. The allegations in this paragraph are denied. Strict proof is demanded at trial.

51. The allegations in this paragraph are denied. Strict proof is demanded at trial.

52. The allegations in this paragraph are denied. Strict proof is demanded at trial.

53. The allegations in this paragraph are denied. Strict proof is demanded at trial.

54. The allegations in this paragraph are denied. Strict proof is demanded at trial.

55. The allegations in this paragraph are denied. Strict proof is demanded at trial.

56. The allegations in this paragraph are denied. Strict proof is demanded at trial.

57. The allegations in this paragraph are denied. Strict proof is demanded at trial.

58. The allegations in this paragraph are denied. Strict proof is demanded at trial.

59. The allegations in this paragraph are denied. Strict proof is demanded at trial.

60. The allegations in this paragraph are denied. Strict proof is demanded at trial.

61. The allegations in this paragraph are denied. Strict proof is demanded at trial.

62. The allegations in this paragraph are denied. Strict proof is demanded at trial.

63. The allegations in this paragraph are denied. Strict proof is demanded at trial.

64. The allegations in this paragraph are denied. Strict proof is demanded at trial.

65. The allegations in this paragraph are denied. Strict proof is demanded at trial.

66. The allegations in this paragraph are denied. Strict proof is demanded at trial.

67. The allegations in this paragraph are denied. Strict proof is demanded at trial.

68. The allegations in this paragraph are denied. Strict proof is demanded at trial.

69. The allegations in this paragraph are denied. Strict proof is demanded at trial.

70. The allegations in this paragraph are denied. Strict proof is demanded at trial.

71. The allegations in this paragraph are denied. Strict proof is demanded at trial.

72. The allegations in this paragraph are denied. Strict proof is demanded at trial.

73. The allegations in this paragraph are denied. Strict proof is demanded at trial.

74. The allegations in this paragraph are denied. Strict proof is demanded at trial.

75. The allegations in this paragraph are denied. Strict proof is demanded at trial.

76. The allegations in this paragraph are denied. Strict proof is demanded at trial.

77. The allegations in this paragraph are denied. Strict proof is demanded at trial.

78. The allegations in this paragraph are denied. Strict proof is demanded at trial.

79. The allegations in this paragraph are denied. Strict proof is demanded at trial.

80. The allegations in this paragraph are denied. Strict proof is demanded at trial.

81. The allegations in this paragraph are denied. Strict proof is demanded at trial.

82. The allegations in this paragraph are denied. Strict proof is demanded at trial.

83. The allegations in this paragraph are denied. Strict proof is demanded at trial.

84. The allegations in this paragraph are denied. Strict proof is demanded at trial.

85. The allegations in this paragraph are denied. Strict proof is demanded at trial.

86. The allegations in this paragraph are denied. Strict proof is demanded at trial.

87. The allegations in this paragraph are denied. Strict proof is demanded at trial.

88. The allegations in this paragraph are denied. Strict proof is demanded at trial.

89. The allegations in this paragraph are denied. Strict proof is demanded at trial.

90. The allegations in this paragraph are denied. Strict proof is demanded at trial.

91. The allegations in this paragraph are denied. Strict proof is demanded at trial.

92. The allegations in this paragraph are denied. Strict proof is demanded at trial.

93. The allegations in this paragraph are denied. Strict proof is demanded at trial.

94. The allegations in this paragraph are denied. Strict proof is demanded at trial.

95. The allegations in this paragraph are denied. Strict proof is demanded at trial.

96. The allegations in this paragraph are denied. Strict proof is demanded at trial.

97. The allegations in this paragraph are denied. Strict proof is demanded at trial.

98. The allegations in this paragraph are denied. Strict proof is demanded at trial.

99. The allegations in this paragraph are denied. Strict proof is demanded at trial.

100. The allegations in this paragraph are denied. Strict proof is demanded at trial.

101. The allegations in this paragraph are denied. Strict proof is demanded at trial.

102. The allegations in this paragraph are denied. Strict proof is demanded at trial.

103. The allegations in this paragraph are denied. Strict proof is demanded at trial.

104. The allegations in this paragraph are denied. Strict proof is demanded at trial.

105. The allegations in this paragraph are denied. Strict proof is demanded at trial.

106. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT I
### (Fair Labor Standards Act)

107. Defendants hereby incorporate paragraphs 1 through 106 as if fully set forth at length below.

108. Denied. It is denied that Plaintiff's employment fell under the standards of the FLSA

109. The allegations in this paragraph are denied. Strict proof is demanded at trial.

110. The allegations in this paragraph are denied. Strict proof is demanded at trial.

111. The allegations in this paragraph are denied. Strict proof is demanded at trial.

112. The allegations in this paragraph are denied. Strict proof is demanded at trial.

113. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT II
## Maryland Wage and Hour Law

114. Defendants hereby incorporate paragraphs 1 through 113 as if fully set forth at length below.

115. The allegations in this paragraph are denied. Strict proof is demanded at trial.

116. The allegations in this paragraph are denied. Strict proof is demanded at trial.

117. The allegations in this paragraph are denied. Strict proof is demanded at trial.

118. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT III
## Maryland Wage Payment Law

119. Defendant hereby incorporate paragraphs 1 through 118 as if fully set forth at length herein.

120. The allegations in this paragraph are denied. Strict proof is demanded at trial.

121. The allegations in this paragraph are denied. Strict proof is demanded at trial.

123. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT IV
## Breach of Contract

124  Defendants hereby incorporate paragraphs 1 through 123 as if fully set forth at length herein.

125. The allegations in this paragraph are denied. Strict proof is demanded at trial.

126. The allegations in this paragraph are denied. Strict proof is demanded at trial.

127. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT V
## Intentional Infliction of Emotional Distress

128. Defendants hereby incorporate paragraphs 1 through 127 as if fully set forth at length herein.

129. The allegations in this paragraph are denied. Strict proof is demanded at trial.

130. The allegations in this paragraph are denied. Strict proof is demanded at trial.

131. The allegations in this paragraph are denied. Strict proof is demanded at trial.

132. The allegations in this paragraph are denied. Strict proof is demanded at trial.

133. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT VI
## Fraud

134. Defendants hereby incorporate paragraphs 1 through 133 as if fully set forth at length herein.

135. The allegations in this paragraph are denied. Strict proof is demanded at trial.

136. The allegations in this paragraph are denied. Strict proof is demanded at trial.

137. The allegations in this paragraph are denied. Strict proof is demanded at trial.

138. The allegations in this paragraph are denied. Strict proof is demanded at trial.

139. The allegations in this paragraph are denied. Strict proof is demanded at trial.

140. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT VII
## Unjust Enrichment

141. Defendants hereby incorporate paragraphs 140 as if fully set forth at length herein.

142. The allegations in this paragraph are denied. Strict proof is demanded at trial.

143. The allegations in this paragraph are denied. Strict proof is demanded at trial.

144. The allegations in this paragraph are denied. Strict proof is demanded at trial.

145. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT VIII
## Involuntary Servitude

146. Defendants hereby incorporate paragraphs 1 through 145 as if fully set forth at length herein.

147. The allegations in this paragraph are denied. Strict proof is demanded at trial.

148. The allegations in this paragraph are denied. Strict proof is demanded at trial.

149. The allegations in this paragraph are denied. Strict proof is demanded at trial.

## COUNT IX
## Trafficking Victims Protection Act

150. Defendants hereby incorporate paragraphs 1 through 149 as if fully set forth at length herein.

151. The allegations in this paragraph are denied. Strict proof is demanded at trial.

152. The allegations in this paragraph are denied. Strict proof is demanded at trial.

153. The allegations in this paragraph are denied. Strict proof is demanded at trial.

154. The allegations in this paragraph are denied. Strict proof is demanded at trial.

155. The allegations in this paragraph are denied. Strict proof is demanded at trial.

156. The allegations in this paragraph are denied. Strict proof is demanded at trial.

WHEREFORE, Defendants pray this honorable Court deny Plaintiff's Complaint in its entirety and further award Defendants attorney's fees and costs for defending this action.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

Upon information and belief, if any injuries or damages were sustained by Plaintiff as alleged in the Plaintiff's First Amended Complaint, which injuries and damages are expressly denied, all such injuries have been caused or were brought about, in whole or in part, by the affirmative wrongdoing, negligence, want of care, omissions, failure to mitigate damages, or other culpable conduct or comparative negligence of the Plaintiff, and such persons other than the answering Defendants, without the affirmative acts of these answering Defendants contributing thereto, and as a consequence thereof, Plaintiff's injuries, if any, should be reduced by the proportion of the Plaintiff's culpable conduct which caused the alleged damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate, obviate, diminish, or otherwise act to lessen or reduce the damages and alleged in the Complaint.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

The injuries and damages allegedly suffered by the Plaintiff, if any (which injuries and damages are specifically denied by the Defendants), were the result of culpable conduct or fault of third persons for which conduct the Defendants are not legally responsible, and the damages recovered by the Plaintiff, if any, should be diminished or reduced in the proportion to which said culpable conduct bears upon the culpable conduct which caused the damages.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

The answering Defendants did not owe a duty to Plaintiff and therefore, did not breach any duty.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

No acts or omissions by the answering Defendants was an actual cause, legal cause, contributing cause, substantial factor or proximate cause with respect to the damages, if any, sustained by Plaintiff.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiff failed to join an indispensable party.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

Defendants, not being fully advised as to all the facts and circumstances surrounding the incidents complained of, hereby asserts and reserves unto itself the defenses of accord and satisfaction, arbitration and award, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure to consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, documentary evidence, statute of frauds, status of limitations, waiver, unclean hands, lack of personal jurisdiction and/or subject matter jurisdiction, and any other matter constituting an avoidance or affirmative defense which the further investigation of this matter may prove applicable herein.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Plaintiff fails to assert or allege facts sufficient to entitle Plaintiff to seek punitive damages against Defendants.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a valid cause of action.

WHEREFORE, Defendants pray this honorable Court deny Plaintiff's Complaint in its entirety and further award Defendants attorney's fees and costs for defending this action.

                  Law Office of Robin J. Gray
                  Attorney for Defendants

                    */s/ Robin J. Gray*
       By: _____
                  Robin J. Gray, Esq.
                  PO Box 6874
                  Wyomissing, PA 19610
                  (484) 769-5855
                  ID 20558
                  robin@robinjgraylaw.com