IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| Catherine M. Conrad | * |
|     Plaintiff | |
| | * |
| v. | |
| | * Civil Case No. 21-cv-02951-RDB |
| Christian Henningsen | |
| Patricia Henningsen | * |
| Bright Eyes Sanctuary | |
|     Defendants | * |

**CONSENT MOTION TO POSTPONE PRETRIAL SETTLEMENT CONFERENCE**

In light of scheduling conflicts resulting from Defendant Patricia Henningsen's medical issues, Plaintiff Catherine M. Conrad ("Plaintiff") and Defendants Patricia Henningsen, Christian Henningsen and Bright Eyes Sanctuary (collectively "Defendants"), by and through their undersigned counsel, file this Consent Motion to postpone the pretrial settlement conference currently scheduled for Tuesday, December 12, 2023, and to reschedule the settlement conference for Friday, January 5, 2024, at a time to be determined by the Court. In addition, Defendants agree, in accordance with the terms of the parties' previously filed Joint Status Report and Request for Pretrial Conference, to provide Plaintiff's counsel with information and supporting documentation regarding Defendants' income and financial status at least one week prior to the rescheduled settlement conference on January 5, 2024. Specifically, Defendants agree to provide the following information and supporting documents:

- Information regarding all of Defendants' source of income over the past 12-month period, and documents, to the extent they exist, relating to any income paid to or received by Defendants, including but not limited to: any paystubs, investment income statements, documentation regarding receipt of social security benefits or other public assistance, W-2 forms, Form 1099s, bank statements and any other records relating to the receipt of payments to or income received by Defendants in the past 12 months.

- Information regarding Defendants' currently available funds, and documents relating thereto, to the extent they exist, including but not limited to any savings and/or checking account statements and/or investment account statements.

- Information relating to where Defendant Patricia Henningsen is currently residing and where she has resided over the last 12 months, and records confirming the same.

- Information regarding the current status of Defendant Bright Eyes Sanctuary and the disposition of the animals formerly housed by Bright Eyes Sanctuary in the Henningsens' home (e.g., the date the animals were removed from the home, and documentation identifying what entity facilitated or took custody of the animals upon their removal from the Henningsen's home, etc.).

WHEREFORE, the parties hereby request that the court grant this Consent Motion to Postpone Pretrial Settlement Conference and reschedule the settlement conference for January 5, 2024, at a time to be determined by the Court, and to order Defendants to provide the information and documentation identified above.

Respectfully submitted,

/s/Glenn D. Grant
Glenn D Grant
(Federal Bar No. 11622)
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2595
ggrant@crowell.com
Tel: (202) 624-2852
Fax: (202) 628-5116

Counsel for Plaintiff Katherine M. Conrad

        */s/ Robin J. Gray*
        Robin J. Gray, Esq.
        (Federal Bar No. 20558)
        PO Box 6874
        Wyomissing, PA 19610
        robin@robinjgraylaw.com
        Tel: (484) 769-5855
        Fax: (610) 777-1432

        Counsel for Defendants Patricia Henningsen, Christian Henningsen and Bright Eyes Sanctuary

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, I filed the foregoing Consent Motion to Postpone Settlement Conference and caused a copy of the same to be served via ECF on the following:

>Robin J. Gray, Esq.
>(Federal Bar No. 20558)
>PO Box 6874
>Wyomissing, PA 19610

>*/s/ Glenn D. Grant*
>Glenn D. Grant.
>Counsel for Defendants